Joseph N. Froehlich (044 921 996)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
Jfroehlich@lockelord.com
*Attorney for Defendant*
*Rushmore Loan Management Services, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEANN FATTORUSSO, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, INC. and JOHN DOES 1-25,<br><br>Defendants. | Case No.: 22-cv-07126-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved by and between Plaintiff Lean Fattorusso and Defendant Rushmore Loan Management Services, LLC it is hereby stipulated and agreed that all counts and/or causes of action in the above-captioned matter be and hereby are dismissed, with prejudice, without costs to either party. This document may be signed in parts and counterparts.

Dated:  New York, New York
         January 18, 2023

**LOCKE LORD LLP**

By: s/ *Joseph N. Froehlich*
Joseph N. Froehlich, Esq.
200 Vesey Street, 20th Floor
New York, New York 10281
Tel.: 212.415.8600
*Counsel for Defendant Rushmore Loan Management Services, Inc.*

Dated:  Fairfield, New Jersey
         January 18, 2023

**JONES, WOLF & KAPASI, LLC**

By: s/ *Joseph K. Jones*
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
Tel.: 973.227.5900
*Counsel for Plaintiff Leann Fattorusso*

**So Ordered this 23rd day of January, 2023.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**